1 | **Kevin R. Martin, SBN 176853**
  | kmartin@randicklaw.com
2 | **RANDICK O'DEA & TOOLIATOS, LLP**
  | 5000 Hopyard Road, Suite 400
3 | Pleasanton, California   94588
  | Telephone      (925) 460-3700
4 | Facsimile       (925) 460-0969

5 | Attorneys for Defendant
  | MOHAMMAD NAJAFPIR dba
6 | AAA SMOG TEST ONLY

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation, | Case No.: CV 07-5720 MHP |
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANT MOHAMMAD NAJAFPIR DBA AAA SMOG TEST ONLY'S TIME TO FILE RESPONSIVE PLEADING** |
| vs. | |
| MOHAMMAD NAJAFPIR, an individual doing business as AAA SMOG TEST ONLY; AAA SMOG TEST ONLY, an entity of unknown form; and DOES 1 through 10, Inclusive, | |
| Defendants. | |

21    Plaintiff American Automobile Association, Inc. and Defendant Mohammad Najafpir dba

22 AAA Smog Test Only, by and through their respective counsel, stipulate as follows:

23    WHEREAS, the Complaint in this matter was filed by Plaintiff on November 13, 2007;

24 and

25    WHEREAS, Defendant was duly served; and

26    WHEREAS, the Defendant requires additional time to prepare and file his responsive

27 pleading.

28 / / /

NOW THEREFORE, stipulate and agree as follows:

1. Defendant Mohammad Najafpir dba AAA Smog Test Only will have up to and including December 17, 2007, in which to file his responsive pleading.
2. All other pretrial and trial dates to remain the same.

SO STIPULATED.

Date:   December 4, 2007                    RANDICK O'DEA & TOOLIATOS, LLP


                                            By:    _____/s/_____
                                               Attorney for Defendant
                                               Mohammad Najafpir
                                               dba AAA Smog Test Only


Date:   December 4, 2007                    RUTAN & TUCKER, LLP


                                            By:    _____/s/_____
                                               Attorney for Plaintiff American
                                               Automobile Association