1  Michael T. Hornak (State Bar No. 81936)
   mhornak@rutan.com
2  Ako S. Williams (State Bar No. 212451)
   awilliams@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
4  Costa Mesa, California 92626-1931
   Telephone: 714-641-5100
5  Facsimile:  714-546-9035

6  Attorneys for Plaintiff
   AMERICAN AUTOMOBILE ASSOCIATION,
7  INC.

8                UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10 | AMERICAN AUTOMOBILE            | CASE NO. CV 07-5720-MHP
   | ASSOCIATION, INC., a Connecticut |
11 | corporation,                    |
   |                                 | **NOTICE OF AGREEMENT OF ALL PARTIES TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE TELEPHONICALLY**
12 |        Plaintiff,               |
13 |    vs.                          |
14 | MOHAMMAD NAJAFPIR, an           |
   | individual doing business as AAA |
15 | SMOG TEST ONLY; AAA SMOG        |
   | TEST ONLY, an entity of unknown |
16 | form; and DOES 1 through 10, Inclusive, |
17 |        Defendants.              |

18

19       NOTICE IS HEREBY GIVEN that all parties to the above-entitled action

20 have agreed to appear telephonically at the Initial Case Management Conference

21 rescheduled from February 25, 2008, to **March 4, 2008, at 3:00 p.m.** The Court

22 has instructed plaintiff's counsel to initiate the conference call.

23 Dated: February 5, 2008              RUTAN & TUCKER, LLP
                                        MICHAEL T. HORNAK
24                                      AKO S. WILLIAMS

25
                                        By: /s/ Ako S. Williams
26                                      Ako S. Williams
                                        Attorneys for Plaintiff
27                                      AMERICAN AUTOMOBILE
                                        ASSOCIATION, INC.
28

Rutan & Tucker LLP
attorneys at law

2275/017601-0027
882410.01 a02/05/08                -1-

Case No. CV 07-5720
NOT OF AGREEMENT APPEAR AT INITIAL
CASE MNGT CONF TELEPHONICALLY

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931.

On February 5, 2008, I served on the interested parties in said action the within:

**NOTICE OF AGREEMENT OF ALL PARTIES TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE TELEPHONICALLY**

by placing a true copy thereof in sealed envelope(s) addressed as stated below:

Kevin R. Martin
Patrick E. Guevara
Randick, O'Dea & Tooliatos, LLP
5000 Hopyard Road, Ste. 400
Pleasanton, CA 94588

In the course of my employment with Rutan & Tucker, LLP, I have, through first-hand personal observation, become readily familiar with Rutan & Tucker, LLP's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice I deposited such envelope(s) in an out-box for collection by other personnel of Rutan & Tucker, LLP, and for ultimate posting and placement with the U.S. Postal Service on that same day in the ordinary course of business. If the customary business practices of Rutan & Tucker, LLP with regard to collection and processing of correspondence and mailing were followed, and I am confident that they were, such envelope(s) were posted and placed in the United States mail at Costa Mesa, California, that same date. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on February 5, 2008, at Costa Mesa, California.

CYNDEE RUPERT
(Type or print name)

_(Signature)_

2275/017601-0027
877861.01 a01/17/08