**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 4, 2008

Case No.   C 07-5720   MHP                    Judge: MARILYN H. PATEL

Title: AMERICAN AUTOMOBILE ASSOCIATION INC -v- MOHAMMAD NAJAFPIR et al

Attorneys:  Plf: Michael Hornak, Ako Williams
            Dft: Kevin Martin

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Telephonic Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of underlying action; Counsel stipulate to ENE to be completed within the next 45-60 days;

Further status conference set for 6/9/2008 at 3:00 pm, with a joint supplemental status report to be filed not later than 6/2/2008.