# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| American Automobile Association, Inc., | 07-05720 MHP ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Najafpir, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Jerald E. Rosenblum**
Pillsbury Winthrop, LLP
2475 Hanover St.
Palo Alto, CA 94304
650-233-4543
jrosenblum@pillsburywinthrop.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05720 MHP ENE                              - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: March 6, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05720 MHP ENE                - 2 -