UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>MOHAMMAD NAJAFPIR, an individual doing business as AAA SMOG TEST ONLY; AAA SMOG TEST ONLY, an entity of unknown form; and DOES 1 through 10, Inclusive,<br><br>        Defendants. | Case No. CV 07-5720 MHP<br><br>[proposed] ORDER EXCUSING PERSONAL ATTENDANCE AND PERMITTING TELEPHONIC ATTENDANCE OF PLAINTIFF AT EARLY NEUTRAL EVALUATION<br><br><u>ADR Local Rule 5-10 (d) and (e)</u> |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Rutan & Tucker LLP
attorneys at law

2275/017601-0027
900943.01 a04/15/08

[proposed] ORDER EXCUSING PERSONAL
ATTENDANCE BY PLAINTIFF AT ENE

-1-

1  Before the Court is plaintiff American Automobile Association's ("Plaintiff")
2  request to be excused from personal attendance and to be allowed to make a
3  telephonic appearance at the Early Neutral Evaluation session to be held on May 2,
4  2008, at 10:30 a.m. ("Request").

5  Having read and considered the Request, and good cause appearing, the Court
6  hereby finds that the Request should be and, therefore, hereby is GRANTED.

7  The Court hereby ORDERS that Plaintiff's Managing Director and Corporate
8  Counsel, James G. Brehm, Esq., be excused from personal attendance and be
9  allowed to attend the ENE session by telephone on May 2, 2008. *Plaintiff's*
10  IT IS SO ORDERED. *outside counsel must appear in person.*

12  Dated: 4/17/08    _____
                      UNITED STATES MAGISTRATE JUDGE

14
15  Submitted by:
    **RUTAN & TUCKER, LLP**
16
17  _____
    Ako S. Williams
18  Attorneys for Plaintiff
    American Automobile Association, Inc.

Rutan & Tucker LLP
attorneys at law

2275/017601-0027
900943.01 a04/15/08

[proposed] ORDER EXCUSING PERSONAL
ATTENDANCE BY PLAINTIFF AT ENE

-2-