1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

United States District Court
Northern District of California

9 | American Automobile Association, Inc., | No. C 07-05720 MHP ENE

10 | Plaintiff(s), | **Certification of ADR Session**

11 | v.

12 | Najafpir,

13 | Defendant(s).

14 | *Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after*

15 | *completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court*

16 | *file.*

17 | 1. | I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE

18 | session on (date) __5 - 2 - 08__

19 | 2. | Did the case settle?    ☐ fully    ☐ partially    ☒ no

20 | 3. | If the case did not settle fully, is any follow-up contemplated?

21 | ☐ another session scheduled for (date) _____

22 | ☐ phone discussions expected by (date) _____

23 | ☒ no

24 | **4.** | **IS THIS ADR PROCESS COMPLETED?**    ☒ **YES**    ☐ **NO**

25
26 | Dated:    __5 - 2 - 08__    _____

Evaluator Jerald E. Rosenblum
27 | Pillsbury Winthrop, LLP
2475 Hanover St.
28 | Palo Alto, CA 94304

**Certification of ADR Session**
07-05720 MHP ENE