1  Michael T. Hornak (State Bar No. 81936)
   mhornak@rutan.com
2  Michael D. Adams (State Bar No. 185835)
   madams@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
4  Costa Mesa, California 92626-1931
   Telephone: 714-641-5100
5  Facsimile: 714-546-9035

6  Attorneys for Plaintiff
   AMERICAN AUTOMOBILE ASSOCIATION,
7  INC.

8  Kevin R. Martin (State Bar No. 176853)
   Patrick E. Guevara (State Bar No. 202727)
9  RANDICK O'DEA & TOOLIATOS, LLP
   5000 Hopyard Road, Suite 400
10 Pleasanton, California 94588
   Telephone: 925-460-3700
11 Facsimile: 925-460-0969

12 Attorneys for Defendant
   MOHAMMAD NAJAFPIR

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17 AMERICAN AUTOMOBILE                    Case No. CV 07-5720 MHP
   ASSOCIATION, INC., a Connecticut
18 corporation,
                                          **JOINT CASE MANAGEMENT
19          Plaintiff,                    STATEMENT**

20    vs.

21 MOHAMMAD NAJAFPIR, an
   individual doing business as AAA
22 SMOG TEST ONLY; AAA SMOG              Date:       June 9, 2008
   TEST ONLY, an entity of unknown       Time:       3:00 p.m.
23 form; and DOES 1 through 10, Inclusive, Courtroom: 15
                                          Hon. Marilyn Hall Patel
24          Defendants.

25

26     Pursuant to Northern District Civil Local Rule ("Local Rule" or "Local

27 Rules") 16-10(d), plaintiff American Automobile Association, Inc. ("AAA") and

28 defendant Mohammad Najafpir ("Najafpir") submit this Joint Case Management

Statement for the Case Management Conference set for June 9, 2008, at 3:00 p.m.

The parties have agreed to settle this action. On May 19, 2008, counsel for AAA sent a proposed written settlement agreement to counsel for Najafpir. Najafpir is currently considering the settlement proposal. The parties expect that the settlement agreement will be fully executed within the next two weeks.

Based on the foregoing, the parties are submitting concurrently herewith a stipulation and proposed order to continue the Case Management Conference for approximately thirty (30) days.

Dated: May 30, 2008

RUTAN & TUCKER, LLP
MICHAEL T. HORNAK
MICHAEL D. ADAMS

By: _/s/ Michael D. Adams_
Michael D. Adams
Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION, INC.

Dated: May 30, 2008

RANDICK O'DEA & TOOLIATOS, LLP

By: _Kevin Martin by Michael Adams_
Kevin R. Martin
Attorneys for Defendant
MOHAMMAD NAJAFPIR