Michael T. Hornak (State Bar No. 81936)
mhornak@rutan.com
Michael D. Adams (State Bar No. 185835)
madams@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMAD NAJAFPIR, an individual doing business as AAA SMOG TEST ONLY; AAA SMOG TEST ONLY, an entity of unknown form; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV 07-5720 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: November 13, 2007 |

Plaintiff American Automobile Association, Inc. ("AAA") and defendant Mohammad Najafpir ("Najafpir") submit this Stipulation and Proposed Order to Continue Case Management Conference as follows:

WHEREAS the parties have agreed to settle the above-captioned case;

WHEREAS on May 19, 2008, counsel for AAA sent counsel for Najafpir a proposed written settlement agreement;

WHEREAS counsel for Najafpir has advised counsel for AAA that Najafpir agrees to all but two provisions of the written settlement agreement;

1  WHEREAS counsel for AAA and Najafpir believe that further negotiation
2  will result in a fully executed settlement agreement within the coming two weeks;
3  WHEREAS a Case Management Conference is set for June 9, 2008 at 3:00
4  p.m. before this Honorable Court.
5  IT IS HEREBY STIPULATED AS FOLLOWS:
6  1.  The Case Management Conference currently set for June 9, 2008 at
7  3:00 p.m. may be continued approximately thirty (30) days to July 14, 2008 at 3:00
8  p.m., or to such other date and time as the Court may choose.

10  Dated: May 30, 2008         RUTAN & TUCKER, LLP
                                MICHAEL T. HORNAK
11                              MICHAEL D. ADAMS

12                              By: /s/ Michael D. Adams
13                              Michael D. Adams
                                Attorneys for Plaintiff
14                              AMERICAN AUTOMOBILE
                                ASSOCIATION, INC.

16  Dated: May 30, 2008         RANDICK O'DEA & TOOLIATOS, LLP

18                              By: Kevin Martin by Michael Adams
19                              Kevin R. Martin
                                Attorneys for Defendant
20                              MOHAMMAD NAJAFPIR

## ORDER

For good cause appearing therefore:

IT IS HEREBY ORDERED that Case Management Conference currently set for June 9, 2008 at 3:00 p.m. is continued to July 14, 2008 at 3:00 p.m.

Dated: _____        _____
                                       Judge, United States District Court

Rutan & Tucker LLP
attorneys at law

2314/017601-0027
928109.01 a05/30/08                -2-

STIPULATION AND PROPOSED ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE