1  Michael T. Hornak (State Bar No. 81936)
   mhornak@rutan.com
2  Michael D. Adams (State Bar No. 185835)
   madams@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
4  Costa Mesa, California 92626-1931
   Telephone: 714-641-5100
5  Facsimile:  714-546-9035

6  Attorneys for Plaintiff
   AMERICAN AUTOMOBILE ASSOCIATION,
7  INC.

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11
    AMERICAN AUTOMOBILE              Case No. CV 07-5720 MHP
12  ASSOCIATION, INC., a Connecticut
    corporation,
13                                   **REQUEST TO APPEAR
                  Plaintiff,         TELEPHONICALLY AT CASE
14                                   MANAGEMENT CONFERENCE**

15          vs.

16  MOHAMMAD NAJAFPIR, an
    individual doing business as AAA
    SMOG TEST ONLY; AAA SMOG         Date:        June 9, 2008
17  TEST ONLY, an entity of unknown  Time:        3:00 p.m.
    form; and DOES 1 through 10, Inclusive,  Courtroom:      15
18                                   Hon. Marilyn Hall Patel
                  Defendants.
19

20

21          Counsel for American Automobile Association, Inc. ("AAA") hereby respectfully

22  requests the opportunity to appear telephonically at the Case Management Conference set

23  for June 9, 2008. The basis for this request is that counsel for AAA will be traveling from

24  Southern California to attend the Case Management Conference.  Additionally, as set forth

25  in the stipulated request for continuance of the Case Management Conference, filed by

26  AAA and defendants on May 30, 2008, the parties have agreed to settle this action and

27  believe that a fully executed settlement agreement will be had within the coming two

28  weeks. Based on the above, AAA respectfully requests that its counsel be permitted to

Rutan & Tucker LLP
attorneys at law

                                                REQUEST TO APPEAR TELEPHONICALLY
                                                AT CASE MANAGEMENT CONFERENCE
2314/017601-0027
928664.01 a06/02/08              -1-

1  appear telephonically in the event the Case Management Conference is not continued as

2  requested in the parties' stipulation.

3

4  Dated:  June 2, 2008                              RUTAN & TUCKER, LLP
                                                     MICHAEL T. HORNAK
5                                                    MICHAEL D. ADAMS

6                                                 By:

7                                                    Michael D. Adams
                                                     Attorneys for Plaintiff
8                                                    AMERICAN AUTOMOBILE
                                                     ASSOCIATION, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                        .

27

28

Rutan & Tucker LLP
attorneys at law

2314/017601-0027
928664.01 a06/02/08                          -2-

REQUEST TO APPEAR TELEPHONICALLY
AT CASE MANAGEMENT CONFERENCE